# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2353
LT Case No. 2021-CF-002888-A

———————————————

RANDY B. MORGAN, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Randy B. Morgan, Jr., Live Oak, pro se.

Ashley Moody, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Respondent.

December 20, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the September 20, 2022 judgment and
sentence rendered in Case No. 2021-CF-002888-A, in the Circuit
Court in and for Duval County, Florida. *See* Fla. R. App. P.
9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____